UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20435-CR-GAYLES/OTAZO-REYES

UNITED STATES OF AMERICA

vs.

MICHEL ALEU, et al.,

**Defendants.**
_____/

**UNITED STATES' SECOND RESPONSE TO THE STANDING DISCOVERY ORDER**

The United States hereby files this Second Response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10 and the Standing Discovery Order.

A.  5.  Books, papers, documents, photographs, and tangible objects, which the government intends to use as evidence at trial to prove its case in chief, or were obtained or belonging to the defendant may be inspected at a mutually convenient time at the Office of the United States Attorney, 99 Northeast 4th Street, Miami, Florida, 4th floor.  Please call the undersigned to set up a date and time that is convenient to both parties.  The undersigned will tentatively set the date for **September 20, 2019, at 2:00 p.m.**  Please call the undersigned with 48 hours' notice if you intend to review the evidence at this date and time.

The attachments to this discovery response are not necessarily copies of all the books, papers, documents, etc., that the government may intend to introduce at trial.

Attached is one (1) compact disc ("CD") labelled "Second Response to the SDO," which is described in more detail below.

B.  DEMAND FOR RECIPROCAL DISCOVERY: The United States requests the disclosure and production of those materials enumerated in Rule 16(b) of the Federal Rules of Criminal Procedure.

The attachments to this response are contained on: one (1) compact disc ("CD") labelled "Second Response to the SDO."  The following is a list of the items contained in the CD:

**List of Contents of CD: "Second Response to SDO"**

| FILE TITLE | BATES RANGE |
| --- | --- |
| Copies of Video Logs, May 1 to 8, 2015 | MIG-006283 – 006394 |
| Copies of Video Logs, May 11 to 27, 2015 | MIG-006395 – 006540 |
| Copies of Video Logs, Selected Logs, May 1 to 27, 2015 | MIG-006541 – 006557 |

Please contact the undersigned Assistant United States Attorney if the compact disc ("CD") is missing, or any of the documents or pages referenced in this response are missing from your compact disc.

Respectfully submitted,

ARIANA FARJARDO ORSHAN
UNITED STATES ATTORNEY

By:   /s/ Dwayne Williams
DWAYNE E. WILLIAMS
Assistant United States Attorney
Florida Bar No. 0125199
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9163
Fax: (305) 530-6168
Dwayne.Williams@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing United States' Second Response to the Standing Discovery Order was filed with the Clerk of the Court, via CM/ECF, on this 12th day of September, 2019.

**I FURTHER CERTIFY** that a true and correct copy of the United States Second Response to the Standing Discovery Order together with one compact disc was sent by FedEx courier to counsel for each of the defendants, on the 12th day of September, 2019.

/s/ Dwayne E. Williams
DWAYNE E. WILLIAMS
Assistant United States Attorney