## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 19-CR-20435-GAYLES

**UNITED STATES OF AMERICA,**

**vs.**

**MICHEL ALEU, et al.,**

      **Defendants.**

_____/

## JOINT STATUS REPORT

The United States of America, by and through its undersigned Assistant United States Attorney, hereby files this Joint Status Report, prepared after consultation with defense counsel.

The undersigned AUSA requested that defense counsel advise him of their clients' positions regarding the questions posed in paragraph 3 of the Court's Order Setting Trial Date (DE 74). The answers to the Court's questions are as follows:

    **A.**    **Has all discovery been provided by the Government to the Defendants? If not, why not?**

The United States has provided discovery on three occasions.

On August 30, 2019, the government served its First Response to the Standing Discovery Order, which included a thumb drive containing thousands of pages of documents. These included bank account records and other documents, which support the money laundering offenses charged in the Indictment, and most of the documents supporting the embezzlement and computer fraud offenses.

On September 12, 2019, the United States served its Second Response to the Standing Discovery Order, which included a CD containing approximately 285 pages of video logs from Miccosukee Resort & Gaming.

On September 30, 2019, the United States hosted a discovery conference at the United States Attorney's Office in Miami. At that time, the undersigned AUSA and certain defense counsel reviewed selected documents from a file of approximately 380 pages, which the government obtained from Miccosukee Resort & Gaming. This file contains documents related to specific incidents during May 2015, when the defendants are alleged to have tampered with Electronic Gaming Machines. The documents are arranged in groups, by date and EGM. Many of the documents were included in the first and second responses to the Standing Discovery Order. The United States expects to produce these documents to defense counsel shortly.

During the underlying investigation, the FBI obtained a duplicate AGS server, containing files from an AGS back-office server at Miccosukee Resort & Gaming. The duplicate server is now at an FBI facility in Washington, D.C.; however, the FBI Miami Division expects to have possession of it soon. As soon as the duplicate server is returned to Miami, the United States will inspect it, and may provide additional discovery, if it contains discoverable materials that the United States has not already produced.

    **B.**    **Are the parties ready for trial? If not, why not?**

The defendants are not ready for trial, because they require additional time to review the voluminous discovery that the United States has produced. The United States requires additional time to prepare its witnesses and exhibits for trial. The parties have filed motions to continue the trial to a date in mid-January 2020. (*See* DE 101, 102.) The parties have agreed to an order in the form attached to the United States' Motion to Continue Trial. (*See* DE 102.1, attached.)

    **C.**    **How many days do the parties expect a trial in the matter to require?**

The parties estimate that the trial will take from ten to fifteen days.

**D.     Are there any matters in this case of which the Court should be aware?**

None at this time.

>Respectfully submitted,
>
>ARIANA FAJARDO ORSHAN
>UNITED STATES ATTORNEY
>
>By: /s/ Dwayne Williams
>DWAYNE E. WILLIAMS
>Assistant United States Attorney
>Florida Bar No. 0125199
>99 Northeast 4th Street
>Miami, Florida 33132-2111
>Tel: (305) 961-9163
>Fax: (305) 530-6168
>Dwayne.Williams@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Joint Status Report was filed with the Clerk of the Court, via CM/ECF, this 7th day of October, 2019.

>/s/ Dwayne E. Williams
>DWAYNE E. WILLIAMS
>Assistant United States Attorney