UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20435-CR-GAYLES/OTAZO-REYES

**UNITED STATES OF AMERICA**

vs.

**MICHEL ALEU, et al.,**

                              **Defendants.**
_____/

## UNITED STATES' FOURTH RESPONSE TO THE STANDING DISCOVERY ORDER

       The United States hereby files this Fourth Response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10 and the Standing Discovery Order.

A.   5.   Books, papers, documents, photographs, and tangible objects, which the government intends to use as evidence at trial to prove its case in chief, or were obtained or belonging to the defendant.

       The attachments to this discovery response are not necessarily copies of all the books, papers, documents, etc., that the government may intend to introduce at trial.

B.   DEMAND FOR RECIPROCAL DISCOVERY: The United States requests the disclosure and production of those materials enumerated in Rule 16(b) of the Federal Rules of Criminal Procedure.

       The attachments to this response are contained on: one (1) compact disc ("CD") labelled "Fourth Response to the SDO." The following is a list of the items contained in the CD:

### Items Included in United States' "Fourth Response to SDO"

| FILE TITLE | BATES RANGE |
|---|---|
| Dade County Federal Credit Union | DADE CO. FED. CREDIT UNION 4421-000832 – DADE CO. FED. CREDIT UNION 4421-001033 |
| 1. Xchange Explorer Reports, May 2015 (Miccosukee Gaming) | MIG-006939 – MIG-007252 |

| FILE TITLE | BATES RANGE |
|---|---|
| 2. PT Financial by Location/Asset Number Reports (Miccosukee Gaming) | MIG-007253 – MIG-008247 |
| 3. PT917-07, 5.27.2015, Flow Chart (Miccosukee Gaming) | MIG-008248 |

                                      Respectfully submitted,

                                      ARIANA FARJARDO ORSHAN
                                      UNITED STATES ATTORNEY

By:    /s/ Dwayne Williams
        DWAYNE E. WILLIAMS
        Assistant United States Attorney
        Florida Bar No. 0125199
        99 Northeast 4th Street
        Miami, Florida 33132-2111
        Tel: (305) 961-9163
        Fax: (305) 530-6168
        Dwayne.Williams@usdoj.gov

**<u>CERTIFICATE OF SERVICE</u>**

      **I HEREBY CERTIFY** that a true and correct copy of the foregoing United States' Fourth Response to the Standing Discovery Order was filed with the Clerk of the Court, via CM/ECF, on this 7th day of November, 2019.

                                        /s/ Dwayne E. Williams
                                        DWAYNE E. WILLIAMS
                                        Assistant United States Attorney